UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | : : : | |
| Plaintiff, | : : : | Civil Action No. 3:04CV7396 |
| v. | : : : | JUDGE BOYKO |
| KENNETH L. MEGGITT, | : : | |
| Defendant. | : : : | |

## JUDGMENT

Pursuant to the Court's Order of August 4, 2006, it is hereby:

ORDERED, ADJUDGED and DECREED that defendant, his agents, servants, employees and all persons in active concert or participation with him be, and they hereby are, permanently enjoined from violating the provisions of the Migrant and Seasonal Agricultural Worker Protection Act [29 USC 1801, et seq.], hereinafter referred to as "MSPA", in any of the following manners:

1. They shall not, contrary to §203(a) of MSPA [29 USC 1823(a)], own or control a facility or real property which is used as housing for migrant agricultural workers, without ensuring that the facility or real property complies with substantive Federal and State safety and health standards applicable to that housing.

2. They shall not, contrary to §§201(c) and 201(g) of MSPA [29 USC 1821(c) and 1821(g)], provide housing for any migrant agricultural worker, without posting in a conspicuous place, or presenting to such worker, a statement of the terms and conditions, if any, of occupancy of such housing.

It is further ORDERED and adjudged that the Plaintiff recover from the Defendant the sum of $19,200.00 plus costs and interest, for which execution may issue.

Dated: November 27, 2006 , 2006

s/Christopher A. Boyko
UNITED STATES DISTRICT JUDGE